**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| ESTATE OF RAYMOND J. HERBST, III, by SUSAN HERBST, Personal Representative, </br></br>  Plaintiff, </br></br> v. </br></br> THE STANDARD FIRE INSURANCE COMPANY, </br></br>  Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) )     No. 4:23CV201 RHH |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Plaintiff's Complaint (ECF No. 4) is **DISMISSED** with prejudice.

Dated this 24th day of April, 2023.

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　RODNEY H. HOLMES
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE